U.S. DISTRICT COURT
FILED AT WHEELING, WV
OCT - 2 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CATHY KNIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AEROTEK, INC. a foreign corporation, ) <br> f/k/a ONSITE COMPANIES, VERIZON ) <br> INTERNET SERVICES, INC., a foreign ) <br> corporation, DAWN PICKETT, ) <br> THOMAS THORNTON, WILLIAM ) <br> BUTZ, RANDALL SONES, DAVID ) <br> STANDEVEN, individually and as ) <br> corporate agents, ) <br> ) <br> Defendants. ) | Civil Action No.3:06-CV-60 <br><br> Judge John Preston Bailey <br><br> Filed Electronically |

## **ORDER**

AND NOW, upon consideration of the parties Joint Motion to Modify Status Conference Order, it is hereby ORDERED that the Motion is GRANTED and that the May 22, 2007 Status Conference Order is modified as follows:

1. The parties shall have until **November 15, 2007** to engage in class based discovery;

2. Plaintiff shall have until **December 17, 2007** to file a motion for class certification related to her West Virginia Wage Payment and Collection Act claim; and

3. Defendants shall have until **January 17, 2008** to file responses to all Motion(s) for Class Certification.

It is so ORDERED.

The Clerk is directed to transmit true copies of this Order to all Counsel of record in this matter.

DATED: October __2__, 2007

                                            JOHN PRESTON BAILEY
                                            UNITED STATES DISTRICT JUDGE

Firmwide:81352325.1 045444.2015