IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| CATHY KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.3:06-CV-60 |
| | ) | |
| v. | ) | |
| | ) | |
| AEROTEK, INC. a foreign corporation, f/k/a ONSITE COMPANIES, VERIZON INTERNET SERVICES, INC., a foreign corporation, DAWN PICKETT, THOMAS THORNTON, WILLIAM BUTZ, RANDALL SONES, DAVID STANDEVEN, individually and as corporate agents, | ) ) ) ) ) ) ) ) | Judge John Preston Bailey<br><br>Filed Electronically |
| Defendants. | ) | |

## ORDER

AND NOW, upon consideration of the parties Joint Motion to Modify Status Conference Order, it is hereby ORDERED that the Motion is GRANTED and that the May 22, 2007 Status Conference Order is modified as follows:

1. The parties shall have until **November 15, 2007** to engage in class based discovery;

2. Plaintiff shall have until **December 17, 2007** to file a motion for class certification related to her West Virginia Wage Payment and Collection Act claim; and

3. Defendants shall have until **January 17, 2008** to file responses to all Motion(s) for Class Certification.

It is so ORDERED.

The Clerk is directed to transmit true copies of this Order to all Counsel of record in this matter.

DATED: ~~October~~ December 27, 2007

JOHN PRESTON BAILEY  
UNITED STATES DISTRICT JUDGE

Firmwide:81352325.1 045444.2015