IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**CATHY KNIGHT,**

    Plaintiff,

v.

**CIVIL ACTION NO. 3:06-CV-60 (BAILEY)**

**AEROTEK, INC., a foreign corporation,
f/k/a ONSITE COMPANIES,
VERIZON INTERNET SERVICES INC.,
a foreign corporation,
DAWN PICKETT,
THOMAS THORNTON,
WILLIMA BUTZ,
RANDALL SONES,
DAVID STANDEVEN,
individually and as corporate agents,**

    Defendants.

## ORDER

AND NOW, upon consideration of the parties' Joint Motion to Extend Defendant's Deadline to Respond to Plaintiff's Motion for Class Certification, it is hereby **ORDERED** that the Motion is **GRANTED** and that Defendants' shall have until March 3, 2008, to file responses to all Motion(s) for Class Certification.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all Counsel of record herein.

**DATED**: January 17, 2008.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE