IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CATHY KNIGHT,

    Plaintiff,

v.

AEROTEK, INC. a foreign corporation, f/k/a ONSITE COMPANIES, VERIZON INTERNET SERVICES, INC., a foreign corporation, DAWN PICKETT, THOMAS THORNTON, WILLIAM BUTZ, RANDALL SONES, DAVID STANDEVEN, individually and as corporate agents,

    Defendants.

Civil Action No.3:06-CV-60

Judge John Preston Bailey

Filed Electronically

## ORDER

AND NOW, upon consideration of the parties Joint Motion to Extend Defendant's Deadline to Respond to Plaintiff's Motion for Class Certification, it is hereby ORDERED that the Motion is GRANTED and that Defendants shall have until **March 13, 2008** to file responses to all Motion(s) for Class Certification.

It is so ORDERED.

The Clerk is directed to transmit true copies of this Order to all Counsel of record in this matter.

DATED: March 3, 2008

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

FILED MAR 06 2008
U.S. DISTRICT COURT
MARTINSBURG, WV 25401