**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**CATHY KNIGHT,**

    Plaintiff,

v.                                                 **CIVIL ACTION NO. 3:06-CV-60
(BAILEY)**

**AEROTEK, INC., a foreign corporation,
f/k/a ONSITE COMPANIES,
VERIZON INTERNET SERVICES INC.,
a foreign corporation,
DAWN PICKETT,
THOMAS THORNTON,
WILLIMA BUTZ,
RANDALL SONES,
DAVID STANDEVEN,
individually and as corporate agents,**

    Defendants.

## ORDER DISMISSING CASE

Inasmuch as co-counsel for the defendants in this case, Neal Barkus, has informed the Court that the parties have reached a settlement agreement on all issues in the above-styled action, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the active docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

It is so **ORDERED**.

**DATED**: March 16, 2009.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE